Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−19656−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian Grifo
   53 Larkspur Lane
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−5008

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/13/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 13, 2018
JAN: rah

                                        Jeanne Naughton
                                        Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                      Case No. 18-19656-SLM
Brian Grifo                                                 Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 2        Date Rcvd: Aug 13, 2018
                             Form ID: 148             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
db             +Brian Grifo,    53 Larkspur Lane,    Clifton, NJ 07013-3407
517526013      +Dept of Ed / 582 / Nelnet,    Attn: Claims,   Po Box 82505,    Lincoln, NE 68501-2505
517664488     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
517526018      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386
517547209      +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 13 2018 23:46:45      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 13 2018 23:46:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517526010      +EDI: GMACFS.COM Aug 14 2018 03:13:00      Ally Financial,   Attn: Bankruptcy,    Po Box 380901,
                 Bloomington, MN 55438-0901
517543076       EDI: GMACFS.COM Aug 14 2018 03:13:00      Ally Financial,   PO Box 130424,
                 Roseville MN 55113-0004
517526011      +EDI: CAUT.COM Aug 14 2018 03:13:00      Chase Auto Finance,   National Bankruptcy Dept,
                 201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
517526012      +EDI: CHASE.COM Aug 14 2018 03:13:00      Chase Card Services,   Correspondence Dept,
                 Po Box 15298,   Wilmington, DE 19850-5298
517526015       EDI: IRS.COM Aug 14 2018 03:13:00      Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,   Philadelphia, PA 19101-7346
517667865      +EDI: CAUT.COM Aug 14 2018 03:13:00      JPMorgan Chase Bank, N.A.,    PO Box 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
517526016      +EDI: NAVIENTFKASMSERV.COM Aug 14 2018 03:13:00      Navient,   Attn: Bankruptcy,    Po Box 9500,
                 Wilkes-Barre, PA 18773-9500
517553285      +E-mail/Text: electronicbkydocs@nelnet.net Aug 13 2018 23:46:47
                 US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln NE 68508-1911
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517526014*     +Dept of Ed / 582 / Nelnet,    Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
517526017*     +Navient,   Attn: Bankruptcy,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
517526019*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    PO Box 283,   Trenton, NJ 08602)
                                                                                    TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Aug 13, 2018
                              Form ID: 148             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee et al ...
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Lee Martin Perlman    on behalf of Debtor Brian  Grifo ecf@newjerseybankruptcy.com,
         lmpcourt@gmail.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee et al ...
         rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                            TOTAL: 5